UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                  Case Number 11-14848
                                                                Honorable David M. Lawson

v.

THREE THOUSAND NINE HUNDRED EIGHTY
DOLLARS ($3,980.00) IN U.S. CURRENCY, ONE (1)
2010 CHEVROLET CAMERO, VIN: 2G1FT1EW7A9175253,
ONE (1) 2011 JEEP GRAND CHEROKEE,
VIN: 1J4RR6GT0BC512451, ONE (1) STEVEN FAVORITE
.22 LONG RIFLE, NO SERIAL NUMBER, ONE (1) RUGER
MINI 14 RIFLE 223, SERIAL NUMBER: 187-57498,
ONE (1) MARLIN .22 RIFLE, SERIAL NUMBER:
01272133, ONE (1) RUGER, MODEL RED HAWK, .44
MAGNUM REVOLVER, SERIAL NUMBER:
500-02246; ONE (1) DAN WESSON .357 REVOLVER,
SERIAL NUMBER: 280639; ONE (1) REMINGTON
MODEL 1100, 12 GAUGE SHOT GUN, SERIAL NUMBER:
476339V; ONE (1) RUGER MINI 30 RIFLE 762, SERIAL
NUMBER:196-52988; and REAL PROPERTY LOCATED
AT 20277 IDA CENTER ROAD, PETERSBURG, MONROE
COUNTY, MICHIGAN, INCLUDING ALL BUILDINGS
FIXTURES, IMPROVEMENTS, AND  APPURTENANCES,

        Defendants,

and

MARILYN HUNT, SHARON DUVAL, TRACEY DUVAL,
GERALD DUVAL, JR., GERALD DUVAL, SR., and
ALLY FINANCIAL, INC.,

        Claimants.
_____/

**ORDER GRANTING MOTION TO WITHDRAW,
STAYING PROCEEDINGS, EXTENDING DISCOVERY, AND
EXTENDING DEADLINE FOR CLAIMANTS TO ANSWER
PLAINTIFF'S WRITTEN DISCOVERY REQUESTS**

This matter is before the Court on attorney Marshall Goldberg's motion to withdraw his appearance as counsel for claimants Marilyn Hunt, Sharon Duval, Tracey Duval, Gerald Duval, Sr., and Gerald Duval, Jr.  The Court has reviewed the motion and heard oral argument on April 15, 2013.  At the hearing, counsel for the government represented to the Court that the government did not oppose the motion to withdraw.  Counsel for the government also asserted that the claimants have not complied with the Court's prior order requiring them to answer the plaintiff's written discovery requests on or before March 25, 2013.  The Court finds that attorney Goldberg has shown good cause for his withdrawal and the plaintiff will not be prejudiced by the withdrawal at this stage of the case. The Court therefore will grant the motion to withdraw, stay the matter for a brief time to allow the claimants to seek new counsel, and extend the deadline for the claimants to comply with the Court's order to answer the plaintiff's written discovery requests.

Accordingly, it is **ORDERED** that attorney Marshall Goldberg's motion to withdraw as counsel for claimants Marilyn Hunt, Sharon Duval, Tracey Duval, Gerald Duval, Sr., and Gerald Duval, Jr. [dkt. #65] is **GRANTED** for the reasons stated on the record.  Attorney Marshall Goldberg is discharged from any further responsibility to the Court in this case.

It is further **ORDERED** that the matter is **STAYED** until **May 13, 2013**.

It is further **ORDERED** that the claimants must answer the plaintiff's written discovery requests **on or before May 20, 2013**.  If the claimants fail to answer the plaintiff's discovery requests on time, then the plaintiff may file an appropriate motion to seek further relief.

It is further **ORDERED** that the deadline for discovery in this case is extended to June 24, 2013 and the deadline for filing dispositive motions is extended to July 8, 2013.

It is further **ORDERED** that all other provisions of the Court's scheduling order entered on October 3, 2011 shall remain in full force and effect.

s/David M. Lawson<br>
DAVID M. LAWSON<br>
United States District Judge

Dated: April 16, 2013

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 16, 2013.

s/Deborah R. Tofil<br>
DEBORAH R. TOFIL

---